UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPA-KUR THERAPY DEVELOPMENT, INC., dba H-E-A-T INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CITIBANK, N.A.; WAKEFERN FOOD CORP.; THERMOSEAL, LLC; DIAMOND BANK, PLC; UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No.: 18-CV-522 JLS (MSB)<br><br>**ORDER (1) GRANTING EX PARTE APPLICATION TO REASSIGN CASE; (2) RECUSING FROM CASE; AND (3) REQUESTING REASSIGNMENT**<br><br>(ECF No. 39) |

Presently before the Court is Plaintiff Spa-Kur Therapy Development, Inc.'s Ex Parte Application to Reassign Case (ECF No. 39). The Court **GRANTS** the Application. The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: November 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge